BERGER & MONTAGUE, P.C.
Todd S. Collins, Esq.
Eric Lechtzin, Esq.
Russell D. Paul, Esq.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Phone: (215) 875-3000
Fax: (215) 875-4604
E-mail: tcollins@bm.net E-mail: elechtzin@bm.net E-mail: rpaul@bm.net

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT E. HERNREICH, AS TRUSTEE FOR THE ROBERT E. HERNREICH 2005 TRUST, and SERURE SCOUT LLC, | **Case No. 1:17-cv-06276** |
| Plaintiffs, | |
| vs. | |
| JAMES C. HECKMAN, JR., MARK STIEGLITZ, STEVE RINDNER, WILLIAM C. SORNSIN, JR., and ROSS LEVINSOHN | |
| Defendants. | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF DEFENDANT STEVE RINDNER

Pursuant to F.R.Civ.P. 41(a), Plaintiffs Robert E. Hernreich, as Trustee for the Robert E. Hernreich 2005 Trust, and Serure Scout LLC hereby dismiss this action, voluntarily and without

prejudice, as to Defendant Steve Rindner, but not as to any other Defendants. Defendant Steve Rindner has not heretofore served either an answer or a motion for summary judgment.

This Notice of Voluntary Dismissal, without prejudice, dismisses Plaintiffs' claims against Defendant Steve Rindner only.

Dated: September 25, 2017

**BERGER & MONTAGUE, P.C.**

*/s/ Todd Collins*

Todd S. Collins
Eric Lechtzin
Russell D. Paul
1622 Locust Street
Philadelphia, PA 19103
Phone: (215) 875-3000
Fax:     (215) 875-4604
*Counsel for Plaintiffs*