1622 LOCUST STREET   |   PHILADELPHIA, PA  19103-6305   |   PHONE: 215/875-3000   |   FAX: 215/875-4604   |   WWW.BERGERMONTAGUE.COM



|   |   |
|---|---|
| WRITER'S DIRECT DIAL | 215/875-3038 |
| WRITER'S DIRECT FAX | 215/875-4604 |
| WRITER'S DIRECT E-MAIL | elechtzin@bm.net |

Eric Lechtzin

October 25, 2017

**Via ECF**

The Honorable George B. Daniels
U.S. District Judge, Southern District of New York
500 Pearl Street
New York, NY

    Re:  *Robert E. Hernreich, et al. v. James C. Heckman, Jr., et al.*,
           Civil Action No. 1:17-cv-06276-GBD

Dear Judge Daniels:

      This firm represents Plaintiffs in the above-referenced matter. We write to request an adjournment of the pretrial conference scheduled for November 7, 2017. (*See* Order entered on August 22, 2017, at Dkt. # 6.) The reason for this request is that Defendants Ross Levinsohn and Mark Stieglitz have not been served, although we are hopeful that they will be served within the next couple of weeks.

      Based on the foregoing, we respectfully request that the pretrial conference be moved to a later date, at the Court's convenience. Myself and Meredith Kotler, who is counsel for Defendants Heckman and Sornsin, are available during the weeks of December 4 and December 11, 2017. Ms. Kotler has been consulted regarding this request for adjournment and she is unopposed to this request.

                        Respectfully submitted,

                        BERGER & MONTAGUE, P.C.

                        *Eric Lechtzin*

                        Eric Lechtzin

cc:    Meredith Kotler (via e-mail)
        Counsel of Record via ECF