UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT E. HERNREICH, AS TRUSTEE FOR THE ROBERT E. HERNREICH 2005 TRUST, and SERURE SCOUT LLC,<br><br>                Plaintiffs,<br><br>        -against-<br><br>JAMES C. HECKMAN, JR., MARK STIEGLITZ, WILLIAM C. SORNSIN, JR., and ROSS LEVINSOHN,<br><br>                Defendants. | 17 Civ. 6276 (GBD) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of defendants James C. Heckman, Jr., Mark Stieglitz, William C. Sornsin, Jr., and Ross Levinsohn.  All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.  The undersigned certifies that she is admitted to practice before this Court.

Dated: November 16, 2017
      New York, New York

                                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                              By: /s/ Meredith Kotler
                                                  Meredith Kotler

                                            One Liberty Plaza
                                            New York, New York  10006
                                            212-225-2000
                                            mkotler@cgsh.com

*Attorneys for Defendants James C. Heckman, Jr., Mark Stieglitz, William C. Sornsin, Jr., and Ross Levinsohn*