UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT E. HERNREICH, AS TRUSTEE
FOR THE ROBERT E. HERNREICH 2005
TRUST, and SERURE SCOUT LLC,

Plaintiffs,

-against-

JAMES C. HECKMAN, JR., MARK
STIEGLITZ, WILLIAM
C. SORNSIN, JR., and ROSS LEVINSOHN,

Defendants.



**STIPULATION & [PROPOSED] ORDER**

17 Civ. 6276 (GBD)

WHEREAS Plaintiffs filed a Complaint in the above-captioned matter on August 18, 2017;

WHEREAS Plaintiffs filed an Amended Complaint ("Amended Complaint") on November 7, 2017;

WHEREAS each of the Defendants named in the Amended Complaint were served or waived service by November 10, 2017;

WHEREAS the Amended Complaint asserts claims under Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 promulgated thereunder, and Section 20(a) of the Exchange Act;

WHEREAS Defendants have notified Plaintiffs that they will move to dismiss the Amended Complaint;

WHEREAS the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(b)(3), imposes an automatic stay of discovery pending a decision on any motion to dismiss,

unless the Court finds upon motion that particularized discovery is necessary to preserve evidence or to prevent undue prejudice;

WHEREAS the Court has scheduled an initial conference on December 5, 2017 at 9:30 a.m. for this action, in accordance with Fed. R. Civ. P. 16(b);

WHEREAS, the undersigned counsel are appearing for Plaintiffs and Defendants;

**NOW THEREFORE,** it is hereby STIPULATED AND AGREED by the undersigned counsel, subject to the approval of the Court, that:

1. On or before January 15, 2018, Defendants shall file their motion(s) to dismiss the Amended Complaint.

2. Plaintiffs shall serve their papers in opposition to Defendants' motion(s) to dismiss on or before March 15, 2018.

3. Defendants shall file their reply papers in further support of their motion(s) to dismiss on or before April 20, 2018.

4. In light of the PSLRA stay of discovery, the initial conference scheduled for December 5, 2017 shall be adjourned *sine die* pending the Court's ruling on Defendants' motion(s) to dismiss.

Dated: November 16, 2017
   New York, New York

| | |
|---|---|
| Attorneys for Plaintiffs: | Attorneys for Defendants: |
| BERGER & MONTAGUE, P.C. | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| By: *Eric Lechtzin by roe* <br> Todd S. Collins <br> Eric Lechtzin <br> Russell David Paul | By: *Meredith Kotler* <br> Meredith Kotler <br> Jessica W. Stiefler |
| 1622 Locust Street <br> Philadelphia, Pennsylvania 19103 <br> (215) 875-3000 | One Liberty Plaza <br> New York, New York 10006 <br> (212) 225-2000 |

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge    NOV 17 2017

Dated: November ___, 2017
   New York, New York