UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| Plaintiff / Petitioner:<br>ROBERT E. HERNREICH, AS TRUSTEE FOR THE ROBERT E HENREICH 2005 TRUST, AND SECURE SCOUT LLC | Case No:<br>1:17-CV-06276 |
|---|---|
| Defendant / Respondent:<br>JAMES C. HECKMAN, JR., MARK STIEGLITZ, STEVE RINDNER, WILLIAM C. SORNSIN, JR., and ROSS LEVINSOHN | DECLARATION OF SERVICE |

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on THURSDAY, SEPTEMBER 07, 2017 at 7:55 PM, at the address of 5465 43RD AVE W, SEATTLE, WA 98199, within KING COUNTY, the undersigned duly served the following document(s): SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY TRIAL DEMAND, in the above entitled action upon WILLIAM C. SORNSIN, JR., by then and there, at the residence and usual place of abode of said person(s), personally delivering 1 true and correct copy(ies) of the above documents into the hands of and leaving same with WILLIAM C. SORNSIN, JR.

Description:
CAUCASIAN MALE, APPROXIMATELY 65 YEARS OF AGE, 6' TALL, 250 POUNDS, WITH GRAY HAIR.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date:   September 11, 2017

Bruce Munro
WA RPS 108136

Apex Legal Services
13300 Bothell Everett Hwy Ste. 303 - PMB 674
Mill Creek, WA 98012

ARN: 1647167
CRN: 33049.005