

Daniels, G.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT E. HERNREICH, AS TRUSTEE
FOR THE ROBERT E. HERNREICH 2005
TRUST, and SERURE SCOUT LLC,

Plaintiffs,

-against-

JAMES C. HECKMAN, JR., MARK
STIEGLITZ, WILLIAM
C. SORNSIN, JR., and ROSS LEVINSOHN,

Defendants.

**STIPULATION & [PROPOSED] ORDER**

17 Civ. 6276 (GBD)

WHEREAS Plaintiffs filed a Complaint in the above-captioned matter on August 18, 2017;

WHEREAS Plaintiffs filed an Amended Complaint ("Amended Complaint") on November 7, 2017;

WHEREAS each of the Defendants named in the Amended Complaint was served or waived service by November 10, 2017;

WHEREAS, the Court entered a Stipulation and Order on November 20, 2017, setting a briefing schedule in which Defendants shall file their motion(s) to dismiss the Amended Complaint by January 15, 2018; Plaintiffs shall file their papers in opposition to Defendants' motion(s) to dismiss on or before March 15, 2018; and Defendants shall file their reply papers in further support of their motion(s) to dismiss on or before April 20, 2018;

WHEREAS, Plaintiffs and Defendants are discussing relevant matters concerning the claims and have agreed, subject to the Court's approval, to extend the schedule for Defendants' motion to dismiss to allow such discussions to continue;

**NOW THEREFORE,** it is hereby STIPULATED AND AGREED by the undersigned counsel, subject to the approval of the Court, that:

1. On or before February 16, 2018, Defendants shall file their motion(s) to dismiss the Amended Complaint.

2. Plaintiffs shall serve their papers in opposition to Defendants' motion(s) to dismiss on or before April 16, 2018.

3. Defendants shall file their reply papers in further support of their motion(s) to dismiss on or before May 21, 2018.

Dated: December 6, 2017
      New York, New York

Attorneys for Plaintiffs:

BERGER & MONTAGUE, P.C.

By: ___Todd Collins by MEK___
    Todd S. Collins
    Eric Lechtzin
    Russell David Paul

1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000

Attorneys for Defendants:

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: ___Meredith Kotler___
    Meredith Kotler
    Jessica W. Stiefler

One Liberty Plaza
New York, New York 10006
(212) 225-2000

**SO ORDERED:** DEC 06 2017

_/s/ George B. Daniels_
GEORGE B. DANIELS
United States District Judge

Dated: December ___, 2017
      New York, New York

-2-