# CLEARY GOTTLIEB STEEN & HAMILTON LLP

WASHINGTON, D.C.

PARIS

BRUSSELS

LONDON

FRANKFURT

COLOGNE

MOSCOW

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 (212) 225-2130
mkotler@cgsh.com

ROME

MILAN

HONG KONG

BEIJING

BUENOS AIRES

SÃO PAULO

ABU DHABI

SEOUL

February 15, 2018

**VIA ECF FILING**

Hon. George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10006

Re:  *Hernreich, et al. v. Heckman, et al.*, **Dkt. No. 1:17-cv-6276-GBD**

Dear Judge Daniels:

As discussed via telephone with Chambers this afternoon, we write on behalf of all parties in the above-captioned action to respectfully request an extension of Defendants' deadline to answer or otherwise respond to the Amended Complaint, from February 16, 2018 until March 30, 2018.

We thank the Court for its consideration of this submission and request.

Respectfully submitted,

Meredith Kotler

cc:  Todd Collins, Esq.

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

[NEWYORK 3463548_1]