UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT E. HERNREICH, AS TRUSTEE FOR THE ROBERT E. HERNREICH 2005 TRUST, and SERURE SCOUT LLC,<br><br>      Plaintiffs,<br><br>  -against-<br><br>JAMES C. HECKMAN, JR., MARK STIEGLITZ, WILLIAM C. SORNSIN, JR., and ROSS LEVINSOHN,<br><br>      Defendants. | **STIPULATION & PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**<br><br>17 Civ. 6276 (GBD) |

    Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, all parties to the above-captioned action hereby stipulate and agree that the action in its entirety, including all claims against all Defendants, is dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated:  March 23, 2018
        New York, New York

                                        BERGER & MONTAGUE, P.C.

                                        By:   /s/Eric Lechtzin
                                                   Todd S. Collins
                                                   Eric Lechtzin
                                                   Russell David Paul
                                                   1622 Locust Street
                                                   Philadelphia, Pennsylvania 19103
                                                   T:  (215) 875-3000
                                                   tcollins@bm.net
                                                   elechtzin@bm.net
                                                   rpaul@bm.net

                                        *Attorneys for Plaintiffs*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/Meredith Kotler
Meredith Kotler
Jessica W. Stiefler
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999
mkotler@cgsh.com
jstiefler@cgsh.com

*Attorneys for Defendants*

SO ORDERED:

_____
Hon. George B. Daniels
UNITED STATES DISTRICT JUDGE

Dated: _____ __, 2018