

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT E. HERNREICH, AS TRUSTEE
FOR THE ROBERT E. HERNREICH 2005
TRUST, and SERURE SCOUT LLC,

        Plaintiffs,

-against-

JAMES C. HECKMAN, JR., MARK
STIEGLITZ, WILLIAM
C. SORNSIN, JR., and ROSS LEVINSOHN,

        Defendants.

**STIPULATION & PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

17 Civ. 6276 (GBD)

Pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, all parties to the above-captioned action hereby stipulate and agree that the action in its entirety, including all claims against all Defendants, is dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

Dated: March 26, 2018
       New York, New York

                              BERGER & MONTAGUE, P.C.

                              By: _____
                              Todd S. Collins
                              Eric Lechtzin
                              Russell David Paul
                              1622 Locust Street
                              Philadelphia, Pennsylvania 19103
                              T: (215) 875-3000
                              tcollins@bm.net
                              elechtzin@bm.net
                              rpaul@bm.net

                              *Attorneys for Plaintiffs*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Meredith Kotler
Meredith Kotler
Jessica W. Stiefler
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999
mkotler@cgsh.com
jstiefler@cgsh.com

*Attorneys for Defendants*


SO ORDERED:

/s/ George B. Daniels

Hon. George B. Daniels
UNITED STATES DISTRICT JUDGE

Dated: MAR 2 6 2018